UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff

v.

**JONI YOUSIF,**
**a/k/a "Uncle Johnny,"**
**a/k/a "Deacon Johnny,"**
**a/k/a "Shamasha Johnny"**

     Defendant.

_____/

Case No. 26-30370
Originating No.  26CR2123-W-2

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **JONI YOUSIF** to answer to charges pending in another federal district, and states:

1. On **June 18, 2026,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Southern District of California based on an Indictment**.  Defendant is charged in that district with violations of **Conspiracy to Operate an Unlicensed Money Transmitting Business in violation of Title 18, United States Code, Section**

**371; Operating an Unlicensed Money Transmitting Business in violation of Title 18, United States Code, Section 1960(a), 1960(b)(1)(B), Aiding and Abetting in violation of Title 18, United States Code 2, and Criminal Forfeiture.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above. *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

s/Andrea Hutting
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: June 18, 2026

2